UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

FILED
JUL 15 2011
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.

RANDY LEE HAMM

CRIM. NO. 2:11-00168
16 U.S.C. § 470ee(a)
16 U.S.C. § 470ee(d)
(MISDEMEANOR)

# I N F O R M A T I O N

The United States Attorney charges:

(Unauthorized Excavation, Removal, Damage, Alteration, and Defacement of Archeological Resources)

On or about April 24, 2010, near Fayetteville, Fayette County, West Virginia, and within the Southern District of West Virginia, defendant RANDY LEE HAMM did knowingly excavate, remove, damage, and otherwise alter and deface archaeological resources located on public land in the New River Gorge National River, without authorization or permit.

In violation of Title 16, United States Code, Sections 470ee(a) and (d).

R. BOOTH GOODWIN II
United States Attorney

By: _____
PHILIP H. WRIGHT
Assistant United States Attorney